UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:16-cv-08209 |
| PENINSULA CHICAGO, LLC, d/b/a PENINSULA CHICAGO | ) Judge Robert W. Gettleman ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, by and through undersigned counsel and pursuant to Local Rule 16.1, hereby gives Notice that the Parties have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The Parties respectfully request thirty (30) days to extend all pleading due dates as well as to finalize the settlement documents and to file the proper pleadings to close this matter out.

DATED: November 14, 2016

**WEISS LAW GROUP, P.A.**
*Attorneys for Plaintiff*
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY:   /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        BY: /s/ Jason S. Weiss
              Jason S. Weiss
              Jason@jswlawyer.com
              Florida Bar No. 356890