UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PENINSULA CHICAGO, LLC, d/b/a ) <br> PENINSULA CHICAGO ) <br> ) <br> Defendant. ) <br> _____/ | Case Number: 1:16-cv-08209 <br><br> Judge Robert W. Gettleman |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action with **prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, PENINSULA CHICAGO, LLC. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed with **prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

Dated: November 30, 2016

BY:  /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-27984

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

                                    BY: /s/ Jason S. Weiss
                                             Jason S. Weiss
                                             Jason@jswlawyer.com
                                             Florida Bar No. 356890