## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Howard Cohan
                          Plaintiff,

v.                                           Case No.: 1:16−cv−08209
                                                       Honorable Robert W. Gettleman

Peninsula Chicago, LLC
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 13, 2016:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing date of 1/10/2017 is stricken. This action is voluntarily dismissed pursuant to FRCP 41(a) with prejudice and with each party bearing their own attorneys' fees and costs. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.